# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WALTER SCOTT,<br>　　　　Plaintiff, | CIVIL ACTION |
| v. | |
| MICHAEL NUTTER, LOUIS GIORLA,<br>MICHELLE FARRELL AND<br>P.H.S./CORIZON, INC.,<br>　　　　Defendant. | NO. 16-0197 |

# O R D E R

**AND NOW**, this 24th day of April, 2017, upon consideration of the Motion to Dismiss filed by Defendants Michael Nutter, Louis Giorla, and Michelle Farrell (the "Supervisor Defendants") (Doc. No. 11), and the Motion to Dismiss filed by Defendant, Corizon Health, Inc., formerly known as Prison Health Services, Inc. ("Corizon") (Doc. No. 16), **IT IS HEREBY ORDERED** that:

1. The Supervisor Defendants' Motion to Dismiss (Doc. No. 11) is **GRANTED**. Plaintiff's Complaint is **DISMISSED** as against the Supervisor Defendants.

2. Corizon's Motion to Dismiss (Doc No. 16) is **GRANTED**. Plaintiff's Complaint is **DISMISSED** as against Defendant, Corizon Health, Inc.

3. Plaintiff is given leave to file an amended Complaint **on or before June 23, 2017**.

　　　　　　　　　　　　　　　　　**BY THE COURT:**

　　　　　　　　　　　　　　　　　**/S/WENDY BEETLESTONE, J.**

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　**WENDY BEETLESTONE, J.**